**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV12-03376 JAK (SHx) | Date | May 21, 2012 |
|---|---|---|---|
| Title | Margareta Collin v. First American Trustee Servicing Solutions, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION   JS-6**

Plaintiff Margareta Collin ("Plaintiff") filed this action on April 18, 2012. Compl., Dkt. 1. Plaintiff advances one cause of action for fraudulent concealment against Defendants First American Trustee Servicing Solutions, LLC ("First American") and Wells Fargo, N.A. ("Wells Fargo," and collectively, "Defendants"). Dkt. 1.

On May 3, 2012, this Court issued an Order to Show Cause re Subject Matter Jurisdiction, given that Plaintiff's complaint alleged neither diversity jurisdiction nor federal question jurisdiction in a proper manner. Dkt. 9. The parties were to respond by May 17, 2012. *Id.*

Plaintiff timely responded on May 16, 2012. Dkt. 7. Defendants did not respond.

For the reasons stated in this Court's May 3, 2012 Order to Show Cause, Dkt. 9, Plaintiff has not met her burden of demonstrating that this Court has subject matter jurisdiction over this action. Plaintiff's May 16, 2012 response states only that jurisdiction is proper because "[t]here are a number of Constitutional issues and violations of the National BANK Act and International Banking Treaties." However, the Complaint raises none of these issues; instead, it contains only a state law cause of action for fraudulent concealment. In addition, the Court's May 3, 2012 Order instructed Plaintiff to provide evidence of the membership of each member of the Limited Liability Corporation First American. Plaintiff has failed to do so. As a result of Plaintiff's non-compliance with the Court's prior Order, Plaintiff has failed to meet her burden to demonstrate a basis for either federal question or diversity jurisdiction.

For the foregoing reasons, this Court dismisses Plaintiff's complaint without prejudice to its being re-filed in an appropriate state court.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |